1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMON PERAITA,

        Petitioner,                  No. CIV S-08-1628 KJM P

     vs.

KNOWLES, Warden,

        Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

pauperis.

        The application attacks a conviction issued by the San Bernardino County

Superior Court.  While both this Court and the United States District Court in the district where

petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.

484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

application are more readily available in San Bernardino County.  Id. at 499 n.15; 28 U.S.C.

§ 2241(d).

/////

/////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2    1.  This court has not ruled on petitioner's application to proceed in forma

3  pauperis; and

4    2.  This matter is transferred to the United States District Court for the Central

5  District of California.

6  DATED:  July 18, 2008.

7    _____
     U.S. MAGISTRATE JUDGE

8

9  /ke
   pera1628.108

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2